**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

HENRY TUCKER, *on behalf of himself and all others similarly situated*,

                      Plaintiff,

   -against-

24 E 39 LLC *doing business as* THE WILLIAM,

                      Defendant.

------------------------------------ X

ORDER

18 Civ. 10614 (GBD)

GEORGE B. DANIELS, District Judge:

The Clerk of the Court is hereby ORDERED to close the above-captioned action.

Dated: October 1, 2020
      New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE